IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> MISFITS CONSTRUCTION COMPANY, an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 23 C 5804 <br><br> Judge Kennelly |

## MOTION FOR ENTRY OF JUDGMENT IN SUM CERTAIN

Now come Plaintiffs, Chicago & Vicinity Laborers' District Council Pension Fund, Chicago & Vicinity Laborers' District Council Welfare Fund, Chicago & Vicinity Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, as Administrator of the Funds (collectively referred to hereinafter as the "Funds"), by and through their attorney, Amy Carollo, and hereby move this Court for an entry of judgment in sum certain against Misfits Construction Company ("Misfits" or "Company" herein). In support of this Motion, Plaintiffs state as follows:

1. The Funds filed their Complaint on August 21, 2023, seeking to compel the Company to submit its books and records to an audit for the period of April 1, 2019

through September 30, 2023 and to collect all amounts found due and owing pursuant to that audit.

2. The Court found Misfits in default on October 3, 2023.

3. Misfits submitted its books and records to an audit for the period of April 1, 2019 through April 30, 2023 (hereinafter "Audit"). The Audit was completed and provided to the Defendant on February 8, 2024. A copy of the letter is attached as Exhibit A.

4. The Audit detailed that no benefit contributions or dues were owed. However, since the Funds had to file the lawsuit, Misfits is liable for the Audit costs. *See* Declaration of Mike Christopher ¶ 5, attached as Exhibit B.

5. The Company also untimely paid their October 2022 and August through October 2023 benefits reports. Consequently, the Company owes $3,649.45 in benefits accumulated liquidated damages. See Exhibit B, ¶ 9.

6. The Company also untimely paid their May 2018; May and July 2019; May and October 2020; May and August 2021; May, October, and December 2022; and January, July through November 2023 dues reports. Consequently, the Company owes $728.29 in dues accumulated liquidated damages. See Exhibit B, ¶ 10.

7. Pursuant to Section 502(g)(2) of the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. § 1132(g)(2), Section 301 of the Labor Management Relations Act ("LMRA"), as amended, 29 U.S.C. §185, the Agreement, Federal Common Law, and the Funds' respective Agreements and Declarations of Trust, the Funds are entitled to judgment in the amount of $10,386.88 against Misfits, as follows:

    a.    $1,972.50 in audit costs due on the April 1, 2019 through September 30, 2023 audit. *See* Exhibit B, ¶ 8.

    b.    $3,649.45 in benefits accumulated liquidated damages on late paid benefits reports for the period of October 2022 and August through October 2023. *See* Exhibit B, ¶ 9.

    c.    $728.29 in dues accumulated liquidated damages on late paid dues reports for the period of May 2018; May and July 2019; May and October 2020; May and August 2021; May, October, and December 2022; and January, July through November 2023. *See* Exhibit B, ¶ 10.

    d.    As set forth in the Declaration of Amy Carollo filed contemporaneously herewith and attached hereto as Exhibit C, $4,036.64 in attorneys' fees and costs expended in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court:

    A.    Enter Judgment in Plaintiffs' favor and against Misfits Construction Company in the amount of $10,386.88;

    B.    Order Misfits Construction Company to pay post judgment interest in all amounts due from the date of the judgment until the judgment is satisfied.

February 20, 2024

Respectfully submitted,
Laborers' Pension Fund, et al.
By: /s/ Amy Carollo

Amy Carollo
Office of Fund Counsel
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604
(312) 692-1540

3

**CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a copy of the foregoing Plaintiffs' Motion for Judgment in Sum Certain to be served upon the following entities and person(s) via email and U.S. Postal Service on this 20th day of February, 2024.

Misfits Construction Company
c/o John P. Thomas, Registered Agent
333 S. Wabash Ave., Suite 2700
Chicago, IL 60604

johnThomas@misfitsconstruction.com

/s/ Amy Carollo

4